UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RELIANCE INSURANCE COMPANY, CIVIL NO. 00-189 (RHK/JMM)

Plaintiff,

v. ORDER

ARCADIA FINANCIAL LTD.,

Defendant.

The above matter came on before the undersigned upon the Parties' Joint Motion to Amend the Pretrial Scheduling Order [Docket No. 12].

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the Parties' Joint Motion to Amend the Pretrial Scheduling Order [Docket No. 12] is denied without prejudice.

Dated: December 11, 2000

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

In support of the Motion, the Parties disclose that five depositions remain to be taken, plus the completion of a deposition already commenced. It does not appear to the Court that an additional three months is required to complete this discovery.

DEC 1 2 2000
FRANCIS E. GOSAL, CLERK

The Parties also advise that expert reports remain to be prepared, and it will be necessary to resolve an issue concerning whether Defendant must supplement its discovery responses. As to the latter issue, it is to be expected that the processes of Local Rule 37.1 will be undertaken promptly, and if efforts at voluntary resolution are unsuccessful, the issue will be presented by Motion. After the determination of those issues, the Parties will be in a better position to present the reasons supporting their request for an extension of any deadlines, and the Court will be in a better position to rule upon those requests. We have thus denied the Motion without prejudice.

J.M.M.