Cv 00-189 RHK/JMM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle. **Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls as of May 1, 2001.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: January 2, 2001.

FILED 1-2-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD. ________
DEPUTY CLERK ________

| | | |
|---|---|---|
| 1. | Steven K. Lee<br>etal | Robert Gust<br>612-359-900 |
| | vs CV 00-22 RHK/JMM<br>JURY | |
| | Kudelski SA | Richard Ihrig<br>612-371-3211<br><br>Philip Cohan<br>Eric Namrow<br>202-861-3900 |
| 2. | Zachariah G. Roberts Sr. | Zachariah G. Roberts Sr. |
| | vs CV 00-61 RHK/JMM<br>COURT | |
| | Sheraton Airport Hotel | Paul Zech<br>Katherine Jones<br>612-339-6321 |
| 3. | Reliance Insurance Company | Terrence R. Joy<br>Richard Allyn<br>612-349-8500 |
| | vs CV 00-189 RHK/JMM<br>JURY | |
| | Arcadia Financial Ltd | Wendy Wildung<br>612-336-3000 |

| | | |
|---|---|---|
| 5. | Marvin Meschke | Bruce Recher<br>612-339-2500 |
| | vs CV 00-252 RHK/RLE<br>DULUTH<br>JURY | |
| | L & M Radiator Inc., | Stacey DeKalb<br>Barry O'Neil<br>612-339-8131 |