**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

-----------------------------------------------------

Reliance Insurance Company,

Plaintiff,

File No. 00-CV-189 (RHK/JMM)

vs.

Arcadia Financial Ltd.,

Defendant.

-----------------------------------------------------

## ORDER

Based upon the Stipulation Of Dismissal With Prejudice executed by the attorneys for the parties and filed with this Court,

**IT IS HEREBY ORDERED** that the above-described action, and all claims and counterclaims that were asserted therein, be dismissed with prejudice and on the merits, without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: April 16, 2001.

Richard H. Kyle
United States District Judge

M2:20375350.01

FILED APR 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD APR 16 2001
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Reliance Insurance Company,

Plaintiff,

File No. 00-CV-189 (RHK/JMM)

vs.

Arcadia Financial Ltd.,

Defendant.

---

**STIPULATION OF**
**DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED** and agreed to by and between the parties herein, by their respective undersigned attorneys, that the above-described action, and all claims and counterclaims that were asserted therein, shall be and hereby are dismissed with prejudice and on the merits, each party to bear its own costs.

Date: April 10, 2001.

**ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.**

By [signature]
Richard B. Allyn (#1338)
Morgan J.E. Hanson (#0294536)
2800 LaSalle Plaza
800 LaSalle Avenue South
Minneapolis, MN 55402
Telephone: (612) 349-8500

Attorneys for Plaintiff Reliance Insurance Company

Date: April 10 2001.

**FAEGRE & BENSON LLP**

By [signature]
Wendy J. Wildung (#117055)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 336-3000

Attorneys for Defendant Arcadia Financial Ltd.

M2:20375348.01

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK